Cynthia A. LeVasseur, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile:  702.784.5252

*Attorneys for Defendant WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY (erroneously sued as Wells Fargo dba America's Servicing Company)*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE FULEIHAN, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO dba AMERICA'S SERVICING COMPANY, a foreign corporation, FREEMONT INVESTMENT AND LOAN, a foreign corporation, and DOES 1-5, inclusive, ROES I-V, inclusive,<br><br>Defendants. | CASE NO.<br><br>**PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION) AND § 1441 (DIVERSITY)** |

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §1331, 1441 and 1446, Defendant, WELLS FARGO BANK, N.A., dba America's Servicing Company *(erroneously sued as Wells Fargo dba America's Servicing Company)*, hereby removes to this Court the state court action described below.

### I.   Summary of Pleadings

On or about August 26, 2009, an action was commenced in the Eighth Judicial District Court for Clark County, Nevada captioned as above, Case Number A597974, Dept. XXIII. A

10569744.1

1  true copy of the Complaint is attached as <u>Exhibit A</u>. Plaintiffs similarly filed a Notice of
2  Pendency of action on August 26, 2009. A true and correct copy of which is attached hereto as
3  <u>Exhibit B</u>. No other pleadings have been filed in the Action.

## II. Statement of Jurisdiction

This Court has original jurisdiction of the Action pursuant to 28 U.S.C. § 1331 in that it involves matters arising under federal acts, including the Real Estate Settlement Procedures Act (12 U.S.C. §2605) (Compl. ¶¶ 12-17.) and Truth in Lending Act (15 U.S.C. §§ 1601, <u>et seq</u>.) ("TILA") (Compl. ¶¶ 18-24.).

In addition, Defendant is entitled to remove this action to this Court pursuant to the provisions of 28 U.S.C. § 1441 on the grounds that this Court has original jurisdiction under 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

### A. Complete Diversity Exists

Plaintiff alleges that they are residents of Nevada. (Compl. ¶ 1).

Defendant Wells Fargo is a national bank. For diversity jurisdiction purposes, a national bank is a citizen of the state designated as its main office on its organization certificate. <u>Wachovia Bank, N.A. v. Schmidt</u>, 546 U.S. 303, 306 (2006). Accordingly, Wells Fargo is a citizen of South Dakota – the state listed on Wells Fargo's organization certificate.

Freemont Investment and Loan is and was at the time this action was commenced a corporation incorporated in the State of California with its principal place of business in that State. Upon the information and belief, no other defendant is a citizen of Nevada. Because Plaintiff is a citizen of Nevada and no Defendant is a citizen of Nevada, complete diversity of the parties exists.

### B. The Amount in Controversy Requirement is Satisfied

The Action satisfies the amount in controversy requirement under 28 U.S.C. § 1332. Plaintiff asserts rights to real property and seeks to enjoin a pending foreclosure. (Compl. ¶¶ 30-31). The real property at issue in this Action was purchased for $532,220 in March 2001 as indicated by title information made available on the Clark County Assessor's website, a true and

10569744.1

-2-

correct screen shot dated September 24, 2009 is attached as <u>Exhibit C</u>. Accordingly, the value of the contract exceeds $75,000, satisfying the amount in controversy requirement.

### III. Conclusion

Because Wells Fargo has timely filed a notice of removal of an action for which this Court has original jurisdiction both because it involves a federal question, and based on diversity of the parties and satisfaction of the amount in controversy requirement, the Action must be removed to this Court.

Wells Fargo will also timely file a Notice of Removed Action in the Eighth Judicial District Court, Clark County, Nevada, a true and correct copy of which is attached as <u>Exhibit D</u>.

Dated: September 24, 2009                SNELL & WILMER L.L.P.


By:   /s/ *Cynthia A. LeVasseur*
      Cynthia A. LeVasseur, Esq.
      Cassie Stratford, Esq.
      3883 Howard Hughes Parkway
      Suite 1100
      Las Vegas, NV 89169
      *Attorneys for Defendant WELLS FARGO BANK, N.A., dba America's Servicing Company (erroneously sued as Wells Fargo dba America's Servicing Company)*

10569744.1

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **PETITION FOR REMOVAL OF ACTION** by the method indicated:

| | |
|---|---|
| __X__ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |

and addressed to the following:

James R. Stout, Esq.
Stout Law Firm
4560 S. Decatur, Suite 201
Las Vegas, Nevada 89103
Attorney for *Plaintiff*

DATED this 24th day of September, 2009.

/s/ Rita Shute
An employee of Snell & Wilmer L.L.P.

10569744.1