# EXHIBIT A

# EXHIBIT A

SEP. 9. 2009  1:58PM 3010  8772276027  WELLS FARGO BANK NA          08-27-09 NO. 1434  P9P. 5/11

COMP
JAMES R. STOUT, ESQ.
Nevada Bar No. 006880
STOUT LAW FIRM
400 South Decatur Blvd., Suite 201
Las Vegas, Nevada 89104
(702) 784-5411
Attorneys for Plaintiff

FILED

Aug 28  3 52 PM 09

[signature]
CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

DENISE FULEIHAN, an individual,                    )   A-09-597-974-C
                                                   )
                    Plaintiffs,                    )   Case No.:
                                                   )   Dept No.:  XX-III
                                                   )
WELLS FARGO dba AMERICA'S                          )   ARBITRATION EXEMPT
SERVICING COMPANY, a foreign                       )   (Amount in Controversy Exceeds
corporation, FREMONT INVESTMENT AND                )   $50,000.00.)
LOAN, foreign corporation, and DOES 1-5,           )
inclusive and ROES I-V, inclusive,                 )
                                                   )
                    Defendants.                    )
_____)

COMPLAINT

COMES NOW Plaintiff DENISE FULEIHAN [hereinafter referred to collectively as

"Plaintiffs"] by and through her attorneys, James R. Stout, Esq. and STOUT LAW FIRM and

for her Complaint, plead and allege as follows:

JURISDICTION

1.      Plaintiff DENISE FULEIHAN was at all relevant times Resident resident of Clark

County, Nevada.

2.      Based upon information and belief, Defendant WELLS FARGO dba

AMERICA'S SERVICING COMPANY [hereinafter referred to as "WELLS"] is a foreign

corporation, authorized to conduct business, and conducted business at all times relevant herein

in Clark County, Nevada.

09/04/2009  1:22PM

RECEIVED  2009/09/09 12:52:06

3.     Based upon information and belief, Defendant FREMONT INVESTMENT &
LOAN [hereinafter referred to as "FREMONT"], is a foreign corporation, authorized to transact
business and conducted business at all times relevant herein, in Clark County, Nevada.

4.     The residential real property which is the subject of the dispute under the this
action is located in Clark County, Nevada at 209 Royal Aberdeen Way, Las Vegas, Nevada
89144 and more particularly identified as APN# 137-36-514-054 [hereinafter referred to as
"Subject Property"].

5.     Plaintiff is informed and believe and thereon alleges that the true names and
capacities, whether individual, corporate, associate or otherwise, of DOES 1-100 and ROES 1-X,
inclusive, are unknown to Plaintiffs who therefore sue said Defendants by said fictitious named.
Plaintiff realleges that each of the Defendants designated as a DOE or ROE Defendant is
responsible in some manner for the events and happenings described in the Complaint which
proximately caused or contributed to the damages to Plaintiff as alleged herein. Plaintiff will
seek leave of Court to amend the Complaint to insert the true names and capacities of the DOE
and ROE Defendants and state appropriate charging allegations at such time that the true
identities of these Defendants becomes known or ascertained by Plaintiff.

6.     Defendants and each of them are the employees, assignees, and/or agents of each
other and at all times relevant herein, were acting within the course and scope of their
employment, assignment and/or agency.

7.     On or about March 7, 2001, Plaintiff purchased the Subject Property.

8.     On or about May 1, 2006, Plaintiff refinanced her loan with Fremont Investment
& Loan, a broker for Defendant, WELLS [hereinafter referred to as "Mortgage Loan"]. WELLS
recorded the deed of trust securing the Mortgage Loan with the Clark County Recorders Office

2

SEP. 9. 2009   2:00PM  3818  8772276027   WELLS FARGO BANK NA        08-27-09 NO. 1434  P. 7/11

agreement June 1, 2006.

9.     Plaintiff became delinquent in her mortgage payments to WELLS.

10.    On May 14, 2009, WELLS caused to be filed with the County Recorder's Office a Notice of Default and Election to Sell.

11.    On or about August 17, 2009, WELLS caused to be recorded a Notice of Trustee Sale.

## FIRST CAUSE OF ACTION

### Violations of the Real Estate Settlement and Procedures Act (RESPA)

12.    Plaintiff repeats and re-alleges and incorporates by reference the foregoing Paragraphs of this Complaint as though fully set forth at length herein.

13.    Should the Court find that the Defendants or each of them, are not the real party in interest, or lack standing to service the Mortgage Loan, or foreclose on the Mortgage Loan, then Plaintiff seeks damages under RESPA.

14.    RESPA also requires that Plaintiff be advised of any sale, transfer or assignment of the Mortgage Loan, and based on information and belief, the Mortgage Loan was sold, transferred and/or assigned without advising Plaintiff.

15.    RESPA also requires that the Plaintiff were accurately advised of the settlement costs and monthly costs and payment amount, associated with the Mortgage Loan, and Defendants did not accurately disclose the settlement costs and the monthly costs and payment amount to the Plaintiffs.

16.    As a result of Defendants' violation of RESPA, Plaintiff suffered damages in excess of $10,000.

17.    Plaintiff was required to retain an attorney to prosecute this action and is entitled

3

09/04/2009  1:22PM

to recover attorneys' fees and costs.

## SECOND CAUSE OF ACTION

### Violation of the Truth in Lending Act (TILA)

18.    Plaintiff repeats and re-alleges and incorporates by reference the foregoing paragraphs of this Complaint as though fully set forth at length herein.

19.    TILA is a Federal Act codified in 15 U.S.C. § 1601 et seq.

20.    TILA required Defendants to provide clear, conspicuous, and accurate disclosures of all material terms for the Mortgage Loan.

21.    Defendants failed to provide clear, conspicuous, and accurate disclosures, including without limitation, loan documentation disclosures pursuant to TILA, and, therefore, Defendants violated the obligations set forth in TILA.

22.    Defendants misrepresented certain Mortgage Loan terms in violation of TILA.

23.    As a result of Defendant's violation of TILA, Plaintiffs suffered damages in excess of $10,000.

24.    Plaintiff was required to retain an attorney to prosecute this action and is entitled to reasonable attorneys' fees and costs.

## THIRD CAUSE OF ACTION

### Rescission and Declaratory Relief

25.    Plaintiffs repeat and re-allege and incorporate by reference the foregoing paragraphs of this Complaint as though fully set forth at length herein.

26.    WELLS has made demands for mortgage payments to Plaintiffs on the Mortgage Loan.

27.    Based on information and belief, Plaintiffs believe that Defendants are in the

4

holders of the Note and therefore, lack ownership of the Note, and a right to demand payment

28. Defendants have failed to provide proof that they have rights or standing under the Note.

29. Based on information and belief, Defendants did not properly sign the Note or related documents thereby rendering those documents void.

30. Plaintiff requests a declaratory judgment wherein the Defendants are declared to lack standing to pursue rights under the Note, and therefore, Defendants and/or their agents are prohibited from exercising rights under the Note, including, without limitation, foreclosure and eviction of the Subject Property, and demanding payments under the Note.

31. Plaintiff requests a rescission of the Trust Deed and that the Court set aside and void the Foreclosure.

32. As a result of Defendant's violation of the aforementioned laws, including without limitation, TILA and RESPA, Plaintiffs suffered damages in excess of $10,000.

33. Plaintiff was required to retain an attorney to prosecute this action and is entitled to reasonable attorneys' fees and costs.

## FOURTH CAUSE OF ACTION

### Unfair Lending Practices

39. Plaintiff repeats and re-alleges and incorporates by reference the foregoing Paragraphs of this Complaint as though fully set forth at length herein.

40. Based on information and belief, Defendants, knowingly and intentionally made the Mortgage Loan to the Plaintiff based solely on the Plaintiff's equity in the Subject Property and without determining that the Plaintiff had the ability to repay the Mortgage Loan from other assets, including without limitation, Plaintiff's income.

5

41.   Defendants in so making the Mortgage Loan to Plaintiff knowing that there existed an unreasonable probability that the Plaintiff could not perform the obligations pursuant to the Mortgage Loan, engaged in predatory lending practices against Plaintiff.

42.   As a result of Defendants' violation of NRS 598 and other unfair lending statutes Plaintiff suffered damages in excess of $10,000.

43.   Plaintiff was required to retain an attorney to prosecute this action and is entitled to reasonable attorney's fees and costs.

WHEREFORE, Plaintiffs pray for judgment against Defendants and each of them as follows:

1.   Defendants wrongfully proceeded with foreclosure actions;

2.   Defendants violated RESPA;

3.   Defendants violated TILA;

4.   Declaratory judgment in favor of Plaintiffs that Defendants lack standing to pursue rights under the Mortgage Loan;

5.   Order rescinding the Mortgage Loan;

7.   Defendants violated unfair lending statutes;

8.   Attorney's fees and costs of suit;

9.   Monetary damages; and

6

09/04/2009  1:22PM



10. For any and all such other and further relief as the Court may deem just in the premises.

DATED this ____ day of August, 2009.

STOUT LAW FIRM

By: _____

JAMES R. STOUT, ESQ.
Nevada Bar No: 008680
4566 South Decatur Blvd., Suite 201
Las Vegas, Nevada 89103
(702) 794-4411
Attorneys for Plaintiffs

7

# EXHIBIT B

# EXHIBIT B

**APN#** _____ 137-36-514-054 _____

       11-digit Assessor's Parcel Number may be obtained at:
       http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens

                     **Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

Stout Law Firm

**Return Documents To:**

**Name** Stout Law Firm

**Address** 4560 South Decatur Boulevard, Suite 201

**City/State/Zip** Las Vegas, Nevada 89103

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

OR Form 108 ~ 06/06/2007
Coversheet.pdf

**LISP**
JAMES R. STOUT, ESQ.
Nevada Bar No. 008680
STOUT LAW FIRM
4560 South Decatur Blvd., Suite 201
Las Vegas, Nevada 89104
(702) 794-4411
Attorneys for Plaintiff

FILED

Aug 26  3 57 PM '09

CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

DENISE FULEIHAN, an individual,            )
                                            )
            Plaintiffs,                     )    Case No. : A-09-597974-C
                                            )    Dept. No.:   XXIII
    v.                                      )
                                            )
WELLS FARGO dba AMERICA'S                   )    **ARBITRATION EXEMPT**
SERVICING COMPANY, a foreign                )    **(Amount in Controversy Exceeds**
corporation; FREMONT INVESTMNET AND         )    **$50,000.00.)**
LOAN, foreign corporation, and DOES 1-5,    )
inclusive; and ROES I-V, inclusive,         )
                                            )
            Defendants.                     )

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN TO ANY AND ALL PERSONS AFFECTED HEREBY

that a Complaint has been filed in the above-entitled matter by the foregoing Plaintiff DENISE

FULIHAN, against the above-entitled Defendants to set aside and/or prevent foreclosure and/or

enjoin transfer or conveyance of title in the following property and thereby creates a constructive

trust thereon and that said Plaintiff does hereby provide Notice pursuant to Chapter 14 of the

Nevada Revised Statutes to any and all persons claiming any interest in the subject property of

this pending action for:

        209 Royal Aberdeen Way, Las Vegas, Nevada 89144 and more particularly identified

as APN# 137-36-514-054

Pursuant to NRS 14.010, notice is hereby provided that Plaintiff is seeking specific performance of said agreement and the transfer or retention of title thereto to Plaintiff from Defendants, as well as monetary damages in the form of general and special damages, interest, attorneys' fees and litigation costs, as well as any other form of relief which the Court may deem to be appropriate due to Defendants' acts and omissions.

DATED this 24 day of August, 2009.

STOUT LAW FIRM

By: _____
JAMES R. STOUT, ESQ.
Nevada Bar No.: 008680
4560 South Decatur Blvd., Suite 201
Las Vegas, Nevada 89103
(702) 794-4411
Attorneys for Plaintiff

2

# EXHIBIT C

# EXHIBIT C

# Southern Nevada GIS ~ OpenWeb Info Mapper



**The MAPS and DATA are provided without warranty of any kind, expressed or implied.**
**Date created: 9/24/2009**

## Property Information

| | |
|---|---|
| Parcel Number: | 13736514054 |
| Owner Name(s): | FULEIHAN DENISE LIVING TRUST and FULEIHAN DENISE TRS |
| Site Address: | 209 ROYAL ABERDEEN WY |
| Jurisdiction: | Las Vegas - 89144 |
| Zoning Classification: | Planned Community District (P-C) |

## Miscellaneous Information

**Subdivision Name:** PARCEL O SUMMERLIN VILLAGE 3-

| | | | |
|---|---|---|---|
| Lot Block: | Lot 118 Block A | Construction Year: | 2001 |
| Last Sales Date: | 03/2001 | T-R-S: | 20-59-36 |
| Last Sales Price: | $532,220 | Census Tract: | 3223 |
| Recorded Doc Number: | 2008102405693 | Estimated Lot Size: | 0.26 acres |

## Elected Officials

| | | | |
|---|---|---|---|
| Commission District: | C – LARRY BROWN | City Ward: | 2 - STEVE WOLFSON |
| U.S. Senate: | JOHN ENSIGN, HARRY REID | U.S. Congress: | 01 - SHELLEY BERKLEY |
| State Senate: | 8 - BARBARA K. CEGAVSKE | State Assembly: | 2 - JOHN HAMBRICK |
| School District: | E - TERRI JANISON | University Regent: | 7 - RAY RAWSON |
| Board of Education: | 2 - ANTHONY RUGGIERO | Minor Civil Division: | Las Vegas Township |

# EXHIBIT D

# EXHIBIT D

1   REMV
    Cynthia A. LeVasseur, Esq.
2   Nevada Bar No. 6718
    Cassie R. Stratford, Esq.
3   Nevada Bar No. 11288
    SNELL & WILMER L.L.P.
4   3883 Howard Hughes Parkway
    Suite 1100
5   Las Vegas, NV 89169
    Telephone:  702.784.5200
6   Facsimile:   702.784.5252
7
8   *Attorneys for Defendant WELLS FARGO BANK, N.A., dba
    AMERICA'S SERVICING COMPANY (erroneously sued as Wells
9   Fargo dba America's Servicing Company)*

10                        DISTRICT COURT

11                   CLARK COUNTY, NEVADA

12  DENISE FULEIHAN, an individual,

13                Plaintiff,            Case No.   A-09-597974-C

14  vs.                                 Dept. No.  XXIII

15  WELLS FARGO dba AMERICA'S
    SERVICING COMPANY, a foreign        **NOTICE OF REMOVED ACTION**
16  corporation, FREEMONT INVESTMENT
    AND LOAN, a foreign corporation, and
17  DOES 1-5, inclusive, ROES I-V, inclusive,

18
19                Defendants.

20  TO:   THE   HONORABLE   JUDGES   OF   THE   ABOVE-ENTITLED   COURT,   THE

21        CLERK OF THE DISTRICT COURT, AND ALL PARTIES HERETO AND THEIR

22        ATTORNEYS.

23
          Please take notice that Defendant Wells Fargo Bank, N.A., dba America's Servicing
24
    Company *(erroneously sued as Wells Fargo dba America's Servicing Company)* by and through
25
    its undersigned counsel, has removed this action to the United States District Court for Nevada
26
    pursuant to 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1441 (Diversity).
27
    / / /
28

    10569580.1

1    A true and correct copy of the Notice of Removal filed in the United States District Court for

2    Nevada is attached hereto.

3          Dated: September 24, 2009.

                                    SNELL & WILMER L.L.P.

By:      /s/ Cassie R. Stratford

           Cynthia A. LeVasseur, Esq.
           Nevada Bar No. 6718
           Cassie R. Stratford, Esq.
           Nevada Bar No. 11288
           3883 Howard Hughes Parkway, Suite 1100
           Las Vegas, Nevada 89169

           *Attorneys for Defendant WELLS FARGO BANK,
           N.A. , dba America's Servicing Company
           (erroneously sued as Wells Fargo dba America's
           Servicing Company)*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10569580.1

1

## CERTIFICATE OF SERVICE

2      I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen

3   (18) years, and I am not a party to, nor interested in, this action.   On this date, I caused to be

4   served a true and correct copy of the foregoing document **NOTICE OF REMOVED ACTION**

5   by the method indicated:

6       X          by U. S. Mail

7    _____      by Facsimile Transmission

8    _____      by Overnight Mail

9    _____      by Federal Express

10   _____      by Hand Delivery

11   and addressed to the following:

12   James R. Stout, Esq.
     Stout Law Firm
13   4560 S. Decatur, Suite 201
     Las Vegas, Nevada 89103
14   Attorney for *Plaintiff*

15

16      DATED this 24th day of September, 2009.

17

18      _____/s/ Rita Tuttle_____
        An employee of Snell & Wilmer L.L.P.

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10569580.1