```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        DEC 2 9 2010

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENISE FULEIHAN, | 2:09-CV-1877-RCJ-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| WELLS FARGO dba AMERICA'S SERVICING COMPANY, a foreign corporation, FREMONT INVESTMENT AND LOAN, a foreign corporation, DOES 1-5, Inclusive and ROES 1-5, Inclusive | |
| Defendants. | |

Currently before the court is Defendant Wells Fargo Bank, N.A., U.S. Bank, N.A., and Mortgage Electronic Registration Systems, Inc.'s Motion to Release Lis Pendens (#111). Plaintiff Denise Fuleihan did not file an opposition to the motion.

The Court having reviewed the Motion to Release Lis Pendens, and good cause appearing, IT IS ORDERED that the Motion (#111) is GRANTED. The Lis Pendens recorded with the Clark County Recorder on August 27, 2009 as document number 200908270003875 against real property described as 209 Royal Aberdeen Way, Las Vegas, NV 89144 is released.

DATED: This 28th day of December, 2010.

_____
Robert C. Jones

1